```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 05325
    FREDDIE BONNER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-4752


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 03/26/2007 and was confirmed 07/12/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors    2.00%.

      The case was dismissed after confirmation 03/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG          .00            .00             .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE       242.02            .00          242.02
ASSET MANAGEMENT HOLDING  CURRENT MORTG          .00            .00             .00
ASSET MANAGEMENT HOLDING  MORTGAGE ARRE      8332.20            .00          504.12
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED            .00             .00
AMERICAN GENERAL FINANCE  UNSECURED          3083.90            .00             .00
AMERICAN GENERAL FINANCE  UNSECURED          5677.95            .00             .00
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED            .00             .00
ASSET ACCEPTANCE LLC      UNSECURED          1711.87            .00             .00
ASSOC INVESTMENT CORP     UNSECURED        NOT FILED            .00             .00
FORD MOTOR CREDIT         UNSECURED          4750.87            .00             .00
CAPITAL ONE               UNSECURED          5592.76            .00             .00
B-REAL LLC                UNSECURED          2340.36            .00             .00
CITIBANK                  NOTICE ONLY      NOT FILED            .00             .00
COL/DEBT COLLECTION SYST  UNSECURED        NOT FILED            .00             .00
DEPENDON COLLECTIONS SER  UNSECURED        NOT FILED            .00             .00
FIRST USA BANK NA         UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED          1466.76            .00             .00
GEMB/WALMART              UNSECURED        NOT FILED            .00             .00
US BANK                   NOTICE ONLY      NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED           677.47            .00             .00
RADIOLOGY IMAGING CONSUL  UNSECURED        NOT FILED            .00             .00
RADIOLOGY CENTER          UNSECURED        NOT FILED            .00             .00
RADIOLOGY CENTER          UNSECURED        NOT FILED            .00             .00
RADIOLOGY CENTER          UNSECURED        NOT FILED            .00             .00
SBC AMERITECH             UNSECURED        NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          1861.53            .00             .00
SELECT PORTFOLIO SERVICI  NOTICE ONLY      NOT FILED            .00             .00
MIDLAND CREDIT MANAGEMEN  UNSECURED           176.84            .00             .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT       306.33            .00          306.33
FELECIA BONNER            NOTICE ONLY      NOT FILED            .00             .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY       2,500.00                        2,500.00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05325 FREDDIE BONNER
```

```
TOM VAUGHN                     TRUSTEE                                    255.23
DEBTOR REFUND                  REFUND                                        .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   3,807.70

PRIORITY                                       306.33
SECURED                                        746.14
UNSECURED                                         .00
ADMINISTRATIVE                               2,500.00
TRUSTEE COMPENSATION                           255.23
DEBTOR REFUND                                     .00
                         ---------------   ---------------
TOTALS                    3,807.70            3,807.70
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 05/26/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE